January 11, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 393132856421

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.WHITTON | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | Puyallup, WA, |
| | | **Delivery date:** | Jan 10, 2023 10:20 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 393132856421 | **Ship Date:** | Jan 6, 2023 |
| | | **Weight:** | 8.0 LB/3.63 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| Puyallup, WA, US, | Lynnwood, WA, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx