January 11, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 393152040694

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.SHORT | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | Mc Lean, VA, |
| | | **Delivery date:** | Jan 10, 2023 10:05 |

---

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| **Tracking number:** | 393152040694 | **Ship Date:** | Jan 7, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

Mc Lean, VA, US,

**Shipper:**

Lynnwood, WA, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

Thank you for choosing FedEx