# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# MOTION FOR ORDER FOR: REQUEST TO SEAL CASE

**IN THE MATTER OF**  
NATIONAL SECURITY THREAT

**CASE NO.** 2:23-CV-00047-MJP

**PLAINTIFF(S)**  
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**  
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**I ASK THE COURT TO**

SEAL THE CASE, ITS DOCUMENTS, AMENDMENTS, SUPPORTING MATERIAL, AND ALL OTHER FILINGS RELATED TO IT.

---

**ISSUING OFFICER SIGNATURE AND TITLE (CLERK / JUDGE)**

_____

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON        **DATE:** 01/15/2023

**PLAINTIFF SIGNATURE**

*Mina Hafzalla*

**PRINT NAME**  
MINA HAFZALLA

1

**ADDRESS AND CONTACT INFORMATION**

16605 6TH AVE W, APT F-203, LYNNWOOD, WA 98037

(425) 616-8132

MINAHAFZALLA@GMAIL.COM

---

**ATTORNEY OF PETITIONER (PLAINTIFF) / RESPONDENT (DEFENDANT) SIGNATURE**

N/A, SELF-REPRESENTING

**ATTORNEY'S ADDRESS AND CONTACT INFORMATION**

N/A, SELF-REPRESENTING

**PRINT NAME**

N/A, SELF-REPRESENTING

---

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.