# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## COVERSHEET

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP

NATIONAL SECURITY THREAT

**PLAINTIFF(S)**

MINA HAFZALLA

**VS.**

**DEFENDANT(S)**

CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**ATTACHED HERETO IS/ARE**
- MOTION
- SUBPOENAS AND DECLARATIONS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# MOTION FOR ORDER FOR: REQUEST TO SEAL CASE

**IN THE MATTER OF**  
NATIONAL SECURITY THREAT

**CASE NO.** 2:23-CV-00047-MJP

**PLAINTIFF(S)**  
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**  
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**I ASK THE COURT TO**  
APPROVE THE PROPOSED ORDERS FOR THE APPENDED SUBPOENAS.

**STATEMENT OF FACTS/GROUNDS, EVIDENCE RELIED UPON**  
FOR EACH OF THE FILED AFFIDAVIT(S), OR ANY RECORDED TESTIMONY, IT IS RESPECTFULLY REQUESTED THAT THIS COURT APPROVES ON THE FILED/ATTACHED SEARCH WARRANTS AND SUBPOENAS.

PROPOSED ORDER(S) **IS/ARE** ATTACHED TO THIS MOTION.

---

**ISSUING OFFICER SIGNATURE AND TITLE (CLERK / JUDGE)**

_____

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON        **DATE:** 01/15/2023

**PLAINTIFF SIGNATURE**

1



**PRINT NAME**
MINA HAFZALLA

**ADDRESS AND CONTACT INFORMATION**
16605 6TH AVE W, APT F-203, LYNNWOOD, WA 98037
(425) 616-8132
MINAHAFZALLA@GMAIL.COM

**ATTORNEY OF PETITIONER (PLAINTIFF) / RESPONDENT (DEFENDANT) SIGNATURE**
N/A, SELF-REPRESENTING

**ATTORNEY'S ADDRESS AND CONTACT INFORMATION**
N/A, SELF-REPRESENTING

**PRINT NAME**
N/A, SELF-REPRESENTING

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.