# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# SUBPOENA

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**TO:** CENTRAL INTELLIGENCE AGENCY ("CIA")
**LOCATED AT:** 1000 COLONIAL FARM RD., MCLEAN, VA 22101

**YOU ARE COMMANDED TO:**
- PRODUCE THE MATERIAL, FILES, DOCUMENTS AND/OR TANGIBLES AS LISTED IN THE APPENDED DECLARATION BELOW,
- PERMIT INSPECTION, COPYING AND TESTING OF THE PRODUCED AND SUPPLIED MATERIAL; AND
- APPEAR IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON AT THE PLACE, DATE, AND TIME SPECIFIED BELOW TO TESTIFY IN THE ABOVE CASE.

---

**PLACE OF TESTIMONY:** WESTERN DISTRICT OF WASHINGTON COURT
**ADDRESS:** 700 STEWART ST, SEATTLE, WA 98101
**COURTROOM:**            [TO BE FILLED BY COURT]
**DATE:**                 [TO BE FILLED BY COURT]
**TIME:**                 [TO BE FILLED BY COURT]

## ISSUING OFFICER SIGNATURE AND TITLE (CLERK / JUDGE)

_____

## PLAINTIFF / DEFENDANT SIGNATURE

*[signature: Mina Hafzalla]*

## PRINT NAME

MINA HAFZALLA

## ADDRESS AND CONTACT INFORMATION

16605 6TH AVE W, APT F-203, LYNNWOOD, WA 98037

(425) 616-8132

MINAHAFZALLA@GMAIL.COM

## ATTORNEY OF PETITIONER (PLAINTIFF) / RESPONDENT (DEFENDANT) SIGNATURE

N/A, SELF-REPRESENTING

## ATTORNEY'S ADDRESS AND CONTACT INFORMATION

N/A, SELF-REPRESENTING

## PRINT NAME

N/A, SELF-REPRESENTING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# DECLARATION

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

I, MINA HAFZALLA DECLARE AS BELOW.

REQUESTING THE PRODUCTION OF ALL AND ANY MATERIAL CONCERNING THE FILED CASE THAT REPRESENT A NATIONAL SECURITY THREAT.

1. VIDEO AND/OR AUDIO RECORDINGS.
2. DOCUMENTATIONS.
3. PHOTOGRAPHS AND IMAGES.
4. EMAIL COMMUNICATIONS.
5. SMS TEXT MESSAGES COMMUNICATIONS.
6. ALL AND ANY OTHER FORMS OF COMMUNICATIONS.
7. FORENSIC ACQUISITIONS.
8. DATA, ACTIVITY AND SYSTEMS AUDIT LOGS.
9. DIAGRAMS AND/OR PRESENTATIONS.
10. ANALYTICAL REPORTS.
11. ANY AND ALL OTHER TYPE OF INFORMATION.

THE GOOD CAUSE FOR THE REQUEST EXISTS TO PRODUCE SUPPORTING EVIDENCE IN REGARDS TO THE ALLEGATIONS MENTIONED IN THE DOCUMENTS WHICH REPRESENT A NATIONAL SECURITY THREAT.

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON     **DATE:** 01/15/2023

**SIGNATURE**

*[signature: Mina Hafzalla]*

**PRINT NAME**
MINA HAFZALLA

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.