# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# SUBPOENA

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP

NATIONAL SECURITY THREAT

**PLAINTIFF(S)**

MINA HAFZALLA

**VS.**

**DEFENDANT(S)**

CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**TO:** FORD MOTOR COMPANY

**LOCATED AT:** 1 AMERICAN RD., DEARBORN, MI 48126

**YOU ARE COMMANDED TO:**
- PRODUCE THE MATERIAL, FILES, DOCUMENTS AND/OR TANGIBLES AS LISTED IN THE APPENDED DECLARATION BELOW,
- PERMIT INSPECTION, COPYING AND TESTING OF THE PRODUCED AND SUPPLIED MATERIAL; AND
- APPEAR IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON AT THE PLACE, DATE, AND TIME SPECIFIED BELOW TO TESTIFY IN THE ABOVE CASE.

---

**PLACE OF TESTIMONY:** WESTERN DISTRICT OF WASHINGTON COURT
**ADDRESS:** 700 STEWART ST, SEATTLE, WA 98101
**COURTROOM:**              [TO BE FILLED BY COURT]
**DATE:**                   [TO BE FILLED BY COURT]
**TIME:**                   [TO BE FILLED BY COURT]

1

**ISSUING OFFICER SIGNATURE AND TITLE (CLERK / JUDGE)**

_____

**PLAINTIFF / DEFENDANT SIGNATURE**

*[signature: Mina Hafzalla]*

**PRINT NAME**
MINA HAFZALLA

**ADDRESS AND CONTACT INFORMATION**
16605 6TH AVE W, APT F-203, LYNNWOOD, WA 98037
(425) 616-8132
MINAHAFZALLA@GMAIL.COM

---

**ATTORNEY OF PETITIONER (PLAINTIFF) / RESPONDENT (DEFENDANT) SIGNATURE**
N/A, SELF-REPRESENTING

**ATTORNEY'S ADDRESS AND CONTACT INFORMATION**
N/A, SELF-REPRESENTING

**PRINT NAME**
N/A, SELF-REPRESENTING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# DECLARATION

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

I, MINA HAFZALLA DECLARE AS BELOW.

THE REQUEST OF PRODUCTION OF THE BELOW LISTED MATERIAL CONCERNING THE MENTIONED CRIMES IN THE DOCUMENTS INCLUDING BUT NOT LIMITED TO CYBERCRIME, SURVEILLANCE, IDENTITY AND PII THEFT BY THE RESPONDENT WHO WAS MY MANAGER AT FORD MOTOR COMPANY (ADDRESSEE) IN CONNECTION WITH SEVERAL OTHER CRIMINALS.

THE GOOD CAUSE FOR THE REQUEST EXISTS TO PRODUCE SUPPORTING EVIDENCE IN REGARDS TO THE ALLEGATIONS AS EXPLAINED IN THE DOCUMENTS WHICH REPRESENT A NATIONAL SECURITY THREAT.

REQUESTING FORD MOTOR COMPANY TO PRODUCE THE BELOW LISTED MATERIAL. DATE RANGE: ALL.

1. EMAIL COMMUNICATIONS BETWEEN CURTIS CZARNOMSKI AND THE BELOW LISTED PARTIES - **LIST A** AND **B**.

MATCH IN ANY AND ALL EMAIL FIELDS, BODY AND/OR ATTACHMENT(S). APPLIES TO ANY ACCOUNT, EMAIL AND/OR ALIAS THAT CURTIS USES OR MAY HAVE USED IN THE PAST; EITHER AS AN OWNER, DELEGATE AND/OR PROXY ACCOUNT.

**LIST A - PRIORITY 1**
- BUILDERS-CAPITAL.COM
- CONSTRUCTIONLOANSERVICES.COM
- SERVICEYOURLOAN.COM
- TRENTINVESTMENTS.COM
- AIPAPROPERTIES.COM
- HADLEYPROPERTIES.COM
- ROB@ME.COM, ROBERT@ME.COM, ROBERT TRENT, ROB TRENT, UGOTROBBED, ROBERT VAL TRENT, ROBERT VAL JEAN TRENT
- BRYAN TRENT
- KEN TRENT, KENNETH TRENT
- "TRENT"
- BETHGLEIN@GMAIL.COM, BETH GLEIN, BETH KEANEY GLEIN, ELIZABETH GLEIN, ELIZABETH KEANEY GLEIN
- KATHERINECHRISTOFILIS@GMAIL.COM, KATHERINE CHRISTOFILIS, KATHERINE ANN CHRISTOFILIS
- SALAMMORCOS@GMAIL.COM, SALAM MORCOS
- CHRISTINE MORCOS
- CURTDALTIG@GMAIL.COM, CALTIG@COMCAST.NET, CURT ALTIG, CURT D. ALTIG, CURT DANIEL ALTIG
- LALTIG@COMCAST.NET, LAURIE ALTIG
- "ALTIG"
- ANTONIOS HENRY, ANTONIOUS HENRY
- JOHN HENRY, YOUHANNA HENRY
- VERENANICOLAOU@GMAIL.COM, VERENA NICOLAOU
- TICKETMASTER.COM [AND] "VERENA"
- TICKETMASTER.COM [AND] "NICOLAOU"
- JONATHAN RIZK, JONATHAN ADEL RIZK
- MARKETINGBUILDERSCAPITAL@GMAIL.COM

- DOC.WA.GOV, WASHINGTON CORRECTION CENTER FOR WOMEN AT GIG HARBOR
- GIRGIS.HAFZALLA@IC.FBI.GOV, GHAFZALLA@YAHOO.COM, GHAFZALLA@HOTMAIL.COM, GIRGIS HAFZALLA, GIRGIS RAMSIS
- "GIRGIS" AND "FBI.GOV"
- "GIRGIS" AND "*.FBI.GOV"
- NADERSPAINTING@YAHOO.COM, MAURICE HAFZALLA
- RKHAFZALLA@SEATTLESCHOOLS.ORG, RENEEHAFZALLA@GMAIL.COM, RENEE HAFZALLA, RENEE K, RENEE KH, RENEE KAMILYA, RENEE KAMILYA HAFZALLA
- WAGDI.HAFZALLA@DSHS.WA.GOV, WAGDIRH@HOTMAIL.COM, WAGDI HAFZALLA, WAGDI RAMSIS
- "WAGDI" AND "WA.GOV"
- "WAGDI" AND "*.WA.GOV"
- FADY WAHBA
- GEORGE HAFZALLA
- "HAFZALLA", ZALLA
- "AMIR" [AND] GE.COM
- "AMIR" [AND] "GENERAL ELECTRIC"
- FIELDCORE.COM, FIELD CORE, FIELDCORE
- AMIR HAFZALLA, AMIR MALAK
- FIXITTACOMA@GMAIL.COM, RUSLAN HOWELL

**LIST B - PRIORITY 2**
- ANDREW HAFZALLA, FADI HAFZALLA
- MARIA FERNANDA TORRES
- HANI HAFZALLA, HANY HAFZALLA, HANI MALAK, HANY MALAK
- "HANI" AND "GE.COM"
- "HANY" AND "GE.COM"
- HAFZALLAREALESTATE.COM, HAFZALLAREALESTATE, HAFZALLA REAL ESTATE
- NEOU SIENG
- MICHELLE HAFZALLA
- MICHELLE MULUGETA

- HANI ANDRAWS, HANI GEWIDA
- ADEL ANDRAWS, ADEL GEWIDA
- RAMY HANI ANDRAWS, RAMY HANI GEWIDA, RAMY GEWIDA, RAMY HANI
- CVS PHARMACY [AND] "RAMY"
- "VACCINE" [AND] "RAMY"
- "SPIKE" [AND] "RAMY"
- "CVS" [AND] "SPIKE"
- "CVS" [AND] "RAMY"
- RITE AID [AND] "RAMY"
- RITEAID [AND] "RAMY"
- ANDREW YACOUB
- HANEY LABIB
- VENDY NASHED
- MARVEN NASHED
- MERNA ABDELSAYED NASHED, MERNA ABDEL-SAYED NASHED, MERNA NASHED
- FLUKE.COM [AND] "MERNA"
- FLUKE.COM [AND] "NASHED"
- NOVAKTEAM.COM, NOVAK TEAM
- NOVAK TEAM [AND] "MARVEN"
- NOVAK [AND] "NASHED"
- JOHNLSCOTT.COM [AND] "MINA"
- JEREMIAH RIZK, JEREMIAH ADEL RIZK
- JOESEPH RIZK, JOESEPH ADEL RIZK
- ARSANIOUS HANNA, ARSANIOS HANNA
- MINA SALAMA
- DANIAL.ZAKI@OUTLOOK.COM, DANIAL ZAKI
- STMARYSEATTLE.ORG
- SPSDSEATTLE.COM
- SMPKSEATTLE.COM
- SMPKCHURCH.COM
- KORRY.COM [AND] "AMGED"
- KORRY.COM [AND] "NICOLAOU"

- MINA YACOUB
- VERENA HANNA, VERNA HANNA YACOUB, VERENA YACOUB
- MICHAEL YACOUB

2. ACTIVITY AND AUDIT LOGS OF:
   a. CURTIS CZARNOMSKI ACROSS ALL SYSTEMS.
   b. ANY OTHER ACCOUNT IN WHICH A MALICIOUS ACTIVITY MAY HAVE OCCURRED THROUGH SUCH AS USER ACCOUNTS AND PROXY CDSIDS. (ALL ENVIRONMENTS: DEV, PROD AND OTHERS).

3. FORENSIC ACQUISITION OF ALL DEVICES IN CURTIS'S POSSESSION AND OTHER DEVICES IN WHICH MALICIOUS ACTIVITIES MAY HAVE OCCURRED THROUGH.

4. VIDEO AND/OR AUDIO RECORDINGS OF MEETINGS AND CALLS.

5. WEBEX CHAT COMMUNICATIONS.

6. DATA, ACTIVITY AND SYSTEMS AUDIT LOGS INCLUDING BUT NOT LIMITED TO FIREEYE, SYMANTEC, QRADAR, WEBEX, AZURE AND MICROSOFT, DOMAIN CONTROLLERS (ALL REGIONS), AND OTHERS.

7. THE COMPANY TO PLACE A LITIGATION HOLD ON ALL OF CURTIS CZARNOMSKI'S DATA, LOGS, AND RELEVANT MATERIAL.

THE GOOD CAUSE FOR THE REQUEST EXISTS TO PRODUCE SUPPORTING EVIDENCE IN REGARDS TO THE ALLEGATIONS MENTIONED IN THE DOCUMENTS WHICH REPRESENT A NATIONAL SECURITY THREAT.

---

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON     **DATE:** 01/15/2023

**SIGNATURE**

**PRINT NAME**
MINA HAFZALLA

---

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

8