# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## SUBPOENA

**IN THE MATTER OF**                                    **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**TO:** SACHIN LATAWA, FORMER CFO AT BUILDERS CAPITAL.

**YOU ARE COMMANDED** TO APPEAR AT THE TIME, DATE, AND PLACE SET FORTH BELOW TO TESTIFY AT A DEPOSITION TO BE TAKEN IN THIS CASE. IF YOU ARE AN ORGANIZATION, YOU MUST PROMPTLY CONFER IN GOOD FAITH WITH THE PARTY SERVING THIS SUBPOENA ABOUT THE FOLLOWING MATTERS, OR THOSE SET FORTH IN AN ATTACHMENT, AND YOU MUST DESIGNATE ONE OR MORE OFFICERS, DIRECTORS, OR MANAGING AGENTS, OR DESIGNATE OTHER PERSONS WHO CONSENT TO TESTIFY ON YOUR BEHALF ABOUT THESE MATTERS.

---

**PLACE OF TESTIMONY:** WESTERN DISTRICT OF WASHINGTON COURT
**ADDRESS:** 700 STEWART ST, SEATTLE, WA 98101
**COURTROOM:**                           [TO BE FILLED BY COURT]
**DATE:**                                [TO BE FILLED BY COURT]
**TIME:**                                [TO BE FILLED BY COURT]

**ISSUING OFFICER SIGNATURE AND TITLE (CLERK / JUDGE)**

_____

**<u>PLAINTIFF</u> / DEFENDANT SIGNATURE**

**PRINT NAME**
MINA HAFZALLA

**ADDRESS AND CONTACT INFORMATION**
16605 6TH AVE W, APT F-203, LYNNWOOD, WA 98037
(425) 616-8132
MINAHAFZALLA@GMAIL.COM

---

**ATTORNEY OF PETITIONER (PLAINTIFF) / RESPONDENT (DEFENDANT) SIGNATURE**
N/A, SELF-REPRESENTING

**ATTORNEY'S ADDRESS AND CONTACT INFORMATION**
N/A, SELF-REPRESENTING

**PRINT NAME**
N/A, SELF-REPRESENTING

---

2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## DECLARATION

**IN THE MATTER OF**                          **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

I, MINA HAFZALLA DECLARE AS BELOW.

REQUESTING THE ABOVE REFERENCED PERSON TO TESTIFY, BRING AND PRODUCE ALL AND ANY MATERIAL, BOOKS, AND/OR TANGIBLES CONCERNING THE FILED CASE THAT REPRESENT A NATIONAL SECURITY THREAT.

THE GOOD CAUSE FOR THE REQUEST EXISTS TO PRODUCE SUPPORTING EVIDENCE IN REGARDS TO THE ALLEGATIONS MENTIONED IN THE DOCUMENTS WHICH REPRESENT A NATIONAL SECURITY THREAT.

---

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON      **DATE:** 01/15/2023

**SIGNATURE**

Mina Hafzalla

3

**PRINT NAME**

MINA HAFZALLA

---

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.