# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# COVERSHEET

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**ATTACHED HERETO IS/ARE:**
MOTION TO CHANGE CASE TYPE FROM CIVIL TO CRIMINAL.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# MOTION TO CHANGE CASE TYPE TO CRIMINAL

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

DUE TO THE NATURE OF THE ADMITTED CASE, IT IS RESPECTFULLY REQUESTED THAT THIS COURT CHANGES THE CASE CATEGORIZATION/TYPE TO **CRIMINAL** INSTEAD OF **CIVIL**.

---

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON   **DATE:** 02/16/2023

**SIGNATURE**

*[signature: Mina Hafzalla]*

**PRINT NAME**
MINA HAFZALLA

---

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.