# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# COVERSHEET

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP
NATIONAL SECURITY THREAT

**PLAINTIFF(S)**
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**ATTACHED HERETO IS/ARE:**
MOTION TO TRANSFER CASE TO THE SUPREME COURT.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# MOTION TO TRANSFER CASE TO THE SUPREME COURT

**IN THE MATTER OF**  
NATIONAL SECURITY THREAT

**CASE NO.** 2:23-CV-00047-MJP

**PLAINTIFF(S)**  
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**  
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

DUE TO THE SIZE AND NATURE OF THE ADMITTED CASE, IT IS RESPECTFULLY REQUESTED THAT THIS COURT TRANSFERS THE CASE TO THE **SUPREME COURT** OF THE **UNITED STATES**.

---

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON       **DATE:** 02/16/2023

**SIGNATURE**

*[signature: Mina Hafzalla]*

**PRINT NAME**  
MINA HAFZALLA

---

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.