# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# COVERSHEET

**IN THE MATTER OF**  **CASE NO.** 2:23-CV-00047-MJP

NATIONAL SECURITY THREAT

**PLAINTIFF(S)**

MINA HAFZALLA

**VS.**

**DEFENDANT(S)**

CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

**ATTACHED HERETO IS/ARE:**

MOTION REQUESTING THE DEATH PENALTY FOR GIRGIS HAFZALLA, JUNIE HAFZALLA.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

# MOTION TO CHANGE CASE TYPE TO CRIMINAL

**IN THE MATTER OF**  
NATIONAL SECURITY THREAT

**CASE NO.** 2:23-CV-00047-MJP

**PLAINTIFF(S)**  
MINA HAFZALLA

**VS.**

**DEFENDANT(S)**  
CURTIS CZARNOMSKI, GIRGIS HAFZALLA, ROBERT TRENT, KEN TRENT

---

IN THE LIGHT OF THE EXPLAINED EVENTS AND REPORTED CRIMES INCLUDING BUT NOT LIMITED TO SORCERY AND WITCHCRAFT, MURDERS AND KILLINGS, TRAFFICKING BY THE REPORTED CRIMINALS; IT IS RESPECTFULLY REQUESTED THAT THIS COURT APPLIES THE **DEATH PENALTY** FOR THE BELOW INDIVIDUALS FOR COMMITTING SUCH CRIMES:

- GIRGIS HAFZALLA ("GIRGIS RAMSIS HAFZALLA").
- JUNIE HAFZALLA ("KOKAB FAWZI AZIZ").

---

**SIGNED IN CITY/STATE:** LYNNWOOD/WASHINGTON     **DATE:** 02/20/2023

**SIGNATURE**

*[signature: Mina Hafzalla]*

**PRINT NAME**  
MINA HAFZALLA

2

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.