UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINA HAFZALLA,<br><br>               Plaintiff,<br><br>    v.<br><br>CURTIS CZARNOMSKI, GIRGIS HARZALLA, ROBERT TRENT, and KEN TRENT,<br><br>               Defendant. | CASE NO. 2:23-cv-47<br><br>ORDER ON PLAINTIFF'S MOTION TO REOPEN |

This matter is before the Court on Plaintiff's Motion to Reopen Case (Dkt. No. 15). Having reviewed the Motion, the record and all relevant materials, the Court DENIES Plaintiff's Motion.

On January 23, 2023, the Court dismissed Plaintiff's Complaint without prejudice due to lack of subject matter jurisdiction. (Dkt. No. 14.) A dismissal without prejudice means that the Plaintiff may file an amended complaint the correctly asserts jurisdiction before the Court, so long as the amended complaint is of a reasonable length and contains a claim for relief that the Court could possibly grant. Plaintiff's previous complaint was over 600 pages in length and

contained allegations that the Court could not possibly grant relief to. (See Complaint (Dkt. No. 1).) Because the Court dismissed the Complaint without prejudice, the Court DENIES Plaintiff's Motion to Reopen Case. Plaintiff may still file an amended complaint that meets the standards stated above. But any amended complaint must be filed within a reasonable time period.

The Court also notes that Plaintiff has since submitted three petitions: a petition to change the case from civil to criminal, a petition to transfer the case to the United States Supreme Court, and a petition requesting the death penalty for two individuals. None of these requests are within the Court's power. First, criminal cases are brought by the government, not individual citizens, therefore the Court cannot change the case from civil to criminal. The same applies with regard to requests for the death penalty, and the Court notes that the seriousness of that request is alarming. Second, a district court may transfer a case to a different district court where the case could have been brought, but a district court does not have the authority to transfer a case to the Supreme Court. As such, the Court DENIES all the petitions.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 21, 2023.

Marsha J. Pechman
United States Senior District Judge